Rigoberto **RODRIGUEZ-GUTIERREZ,**
AKA Rogoberto Rodriguez-Gutierrez,
AKA Ruberto Rodriguez-Gutierrez,
**Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney
General, Respondent.**

No. 16-71205

United States Court of Appeals,
Ninth Circuit.

Submitted October 23, 2017 *

Filed October 31, 2017

Gabriel Gomez Leyba, Crossroads Law
Group LLP, Phoenix, AZ, for Petitioner

OIL, Matt A. Crapo, Attorney, DOJ—
U.S. Department of Justice, Civil Divi-
sion/Office of Immigration Litigation,
Washington, DC, Chief Counsel ICE, Of-
fice of the Chief Counsel, Department of
Homeland Security, San Francisco, CA,
for Respondent

Before: McKEOWN, WATFORD, and
FRIEDLAND, Circuit Judges.

MEMORANDUM **

Rigoberto Rodriguez-Gutierrez, a native
and citizen of Mexico, petitions for review
of the Board of Immigration Appeals'
("BIA") order dismissing his appeal from
an immigration judge's ("IJ") decision de-
nying his application for relief under the
Convention Against Torture ("CAT"). We
have jurisdiction under 8 U.S.C. § 1252.

We review for substantial evidence the
agency's factual findings. *Go v. Holder*, 640
F.3d 1047, 1052 (9th Cir. 2011). We deny
the petition for review.

Substantial evidence supports the agen-
cy's denial of Rodriguez-Gutierrez's CAT
claim because, even if credible, he failed to
establish it is more likely than not that he
would be tortured by or with the consent
or acquiescence of the government if re-
turned to Mexico. *See id.* at 1054 (record
evidence insufficient to compel conclusion
that petitioner was more likely than not to
be tortured); *Zheng v. Holder*, 644 F.3d
829, 835-36 (9th Cir. 2011) (fear of torture
speculative).

We do not address Rodriguez-Gutier-
rez's contention regarding the IJ's particu-
larly serious crime finding because the
BIA expressly declined to reach this find-
ing.

We reject Rodriguez-Gutierrez's conten-
tion that the agency failed to consider
record evidence.

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.